**Order entered September 26, 2014**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00078-CR

**ARMANDO RODRIGUEZ ZUNIGA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 6**
**Dallas County, Texas**
**Trial Court Cause No. F12-52672-X**

## ORDER

The District Clerk has not filed a supplemental clerk's record containing the punishment charge and jury verdict on punishment as directed in the Court's August 8, 2014 order.

Accordingly, we **ORDER** the Dallas County District Clerk to file, within fourteen days of the date of this order, a supplemental clerk's record containing the trial court's punishment charge and the jury verdict on punishment.

We **DIRECT** the Clerk of the Court to transmit a copy of this order, by electronic transmission, to Dallas County District Clerk Gary Fitzsimmons and to the Dallas County District Clerk, Criminal Records Division.

/s/    LANA MYERS
JUSTICE